FILED IN
COURT OF CRIMINAL APPEALS

February 6, 2015

ABEL ACOSTA, CLERK

PD-1539-14 & PD-1540-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/4/2015 4:17:53 PM
Accepted 2/6/2015 3:11:24 PM
ABEL ACOSTA
CLERK

NO. _____

## IN THE
## COURT OF CRIMINAL APPEALS
## OF TEXAS

NO. 14-13-00333-CR
NO. 14-13-00334-CR

## IN THE COURT OF APPEALS
## FOR THE
## FOURTEENTH JUDICIAL DISTRICT OF TEXAS
## HOUSTON, TEXAS

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | **APPELLEE** |
| | § | |
| **V.** | § | |
| | § | |
| **NICHOLAS JARED MIRELES** | § | **APPELLANT** |

## APPEAL FROM the 176th DISTRICT COURT
## HOUSTON, TEXAS
## TRIAL COURT NOS. 1281111 & 1288900

## APPELLANT'S MOTION FOR EXTENSION OF TIME
## TO FILE APPELLANT'S PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE JUDGES OF SAID COURT:**

**NOW COMES, NICHOLAS JARED MIRELES,** Appellant in the above entitled and numbered cause, by and through his attorney of record, W. TROY McKINNEY, and submits this Motion for Extension of Time to file Appellant's Petition for Discretionary Review until March 9, 2015. For good cause, Appellant

1

shows as follows.

1.     This Court issued its opinion on August 21, 2014. On December 17, 2014, Appellant's motion for rehearing was filed and it was overruled on January 6, 2015. This petition for discretionary review is due to be filed on or about February 5, 2015 This is Appellant's first request for an extension of time to file Appellant's Petition for Discretionary Review.

2.     The last thirty days, Appellant's counsel has had an extremely heavy court docket and several out of town court settings.

3.     Furthermore, Appellant's counsel was at the National College DUI Defense seminar in Florida from January 21 through January 25, 2015.

4.     This Motion is not made for delay, but to see that justice is done.

**PRAYER**

**WHEREFORE, PREMISES CONSIDERED,** Appellant prays that the deadline for filing of Appellant's Petition for Discretionary be extended to March 9, 2015.

Respectfully submitted,

SCHNEIDER & McKINNEY, P.C.

/w/ *Troy McKinney*

W. Troy. McKinney
T.B.C. No. 13725020
440 Louisiana
Suite 800
Houston, Texas 77002
713-951-9994
FAX 713-224-6008

ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the attached and foregoing document has been served on the Harris County District Attorney's Office on this the 4th day of January 2015.

/s/ *W. Troy McKinney*

W. Troy McKinney